USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PATSY RODENBURG,

                         Plaintiff,

          -against-                           21-CV-7308 (VEC)

CHRISMATIC STUDIOS CORP. D/B/A           ORDER
MICHAEL HOWARD STUDIOS, and
GABRIELLE BERBERICH,

                        Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 29, 2021, Defendants filed a motion to dismiss, Dkt. 22;

      WHEREAS on November 12, 2021, the Court ordered that Plaintiff's opposition to Defendant's motion to dismiss was due by November 19, 2021, Dkt. 26; and

      WHEREAS on November 19, 2021 Plaintiff filed an Amended Complaint, Dkt. 27;

      IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED as moot. Not later than **December 13, 2021**, Defendants must either file an answer to the Amended Complaint or move to dismiss the Amended Complaint.

      The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 22.

**SO ORDERED.**

Date:  November 22, 2021                        _____
       New York, New York                      **VALERIE CAPRONI**
                                                        **United States District Judge**