```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATSY RODENBURG,

                          Plaintiff,

          -against-                         21-CV-7308 (VEC)

CHRISMATIC STUDIOS CORP. D/B/A      ORDER
MICHAEL HOWARD STUDIOS, and
GABRIELLE BERBERICH,

                          Defendants.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a telephonic pretrial conference was held on February 4, 2022, *see* Dkts. 21, 41;

      IT IS HEREBY ORDERED that the fact discovery deadline is adjourned to **March 15, 2022**, and expert discovery is adjourned to **May 31, 2022**. The Court is highly unlikely to grant any further extensions. As previously ordered, *see* Dkt. 20, discovery is stayed as to information uniquely relevant to Plaintiff's defamation claim pending resolution of Defendants' motion to dismiss.

**SO ORDERED.**

Date: **February 4, 2022**
      **New York, New York**

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**