```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATSY RODENBURG,

                         Plaintiff,

            -against-

CHARISMATIC STUDIOS CORP. D/B/A/
MICHAEL HOWARD STUDIOS, and GABRIELLE
BERBERICH,

                        Defendants.
-----------------------------------------------------------------X

21 CV 7308 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 29, 2022, the parties appeared before the Court for a pre-trial conference.

      IT IS HEREBY ORDERED that the parties must complete fact discovery by no later than **May 27, 2022.**

      IT IS FURTHER ORDERED that a status conference is scheduled for **Friday, May 27, 2022, at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Joint pre-conference submissions are due no later than **Thursday, May 19, 2022**.  For the content of pre-conference submissions, the parties should consult the Case Management Plan at docket entry 21.

      IT IS FURTHER ORDERED that the parties will be referred to the assigned Magistrate Judge for a settlement conference by separate order.

      IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears

at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

Date:  May 2, 2022
      New York, NY

                                      **VALERIE CAPRONI**
                                      **United States District Judge**